# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00459-CV

Texas Children's Hospital, Appellant

v.

State Office of Administrative Hearings; Rahul Kumar Nath, M.D.
and the Texas Medical Board, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-12-001888, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Texas Children's Hospital has filed an unopposed motion to dismiss its appeal, explaining that the issue is now moot. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellant's Motion

Filed   August 7, 2012